BENJAMIN LUFT, Respondent, *v.* EDWARD T. FLOVE, as President of the Delicatessen and Restaurant Countermen and Cafeteria Employees' Union Local 302, Appellant, Impleaded with Others.

(Argued March 4, 1936; decided March 20, 1936.)

*Lawrence Kovalsky* and *David Goldstein* for appellant. *George A. Rosen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.